# United States Bankruptcy Court
## District of Delaware

In re    **Global3pl, Inc.**                                    Case No.    **22-10892**
                                          Debtor(s)                          Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President & Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 21, 2022**                    **/s/ James W. Zimbler**
                                                                **James W. Zimbler**/**President & Chief Executive Officer**
                                                                 Signer/Title

At Media Corp.
24072 El Contento Dr.
Dana Point, CA 92629

Chase Financing, Inc.
c/o Robert Herskowitz
P.O. Box 402781
Miami Beach, FL 33140

Crown Bridge Partners, LLC
1173a 2nd Avenue
Ste 126
New York, NY 10065

EMA Financial, LLC
Attn.: Felicia Prest
40 Wall Street, 17th Floor
New York, NY 10005

Garden State Holdings
6231 PGA Blvd., Ste 104-570 Palm Beach Gardens, FL 33418

Inicia Incorporated
3 Germay Dr. Ste 4-4547
Wilmington, DE 19804

Ledge Hill Partners
10 Ledge Hill Road
Gorham, ME 04038

OWP Ventures, Inc.
3471 W. Oquendo Rd.
Ste 301
Las Vegas, NV 89118

Professional Trading Services, Ltd.
c/o Prisafin SA
Usteristrasse G.
8001 Zurich Switzerland

Reality Capital
PO Box 3483
Road Town, Tortola BVI

Royal Bank of Canada
200 Bay Street
Toronto, Canada M5J 2J5

Sanguine Group, LLC
6231 PGA Blvd Ste 104-570
Palm Beach Gardens, FL 33418