**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:**<br><br>**GLOBAL3PL, INC.**<br><br>**Debtor(s)** | **BKY. NO. 22-10892-JTD** |

**NOTICE OF CHANGE FROM NO-ASSET TO ASSET**
**AND REQUEST TO THE CLERK TO FIX BAR DATE**
**TO FILE CLAIMS AGAINST THE ESTATE**

**TO: JOSEPH MCMAHON, ESQ., ASSISTANT UNITED STATES TRUSTEE:**

George L. Miller, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix a bar date to file claims against the estate.

Dated: October 19, 2022                            */s/ George L. Miller*
                                                                    George L. Miller
                                                                    1628 John F. Kennedy Blvd.
                                                                    Suite 950
                                                                    Philadelphia, PA 19103
                                                                    (215) 561-0950
                                                                    Trustee in Bankruptcy